No. 00–8860. IN RE CARTER; and

No. 00–8910. IN RE BURNS. Petitions for writs of habeas corpus denied.

No. 00–8341. IN RE CLEATON. Petition for writ of mandamus denied.

No. 00–957. KANSAS v. CRANE. Sup. Ct. Kan. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–914. CHILDREN'S HEALTHCARE IS A LEGAL DUTY, INC., ET AL. v. MCMULLAN, ACTING DEPUTY ADMINISTRATOR, HEALTH CARE FINANCE ADMINISTRATION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1065. MILES ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–1066. WILLOUGHBY ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1067. PATIN v. MUNSTER ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 00–1150. HERMES v. NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 00–1220. NEVADACARE, INC. v. SIMKINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1221. MARTINI v. BOEING CO. C. A. 9th Cir. Certiorari denied.

No. 00–1225. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–1227. GREENSPRING RACQUET CLUB, INC., ET AL. v. BALTIMORE COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1228. GRAVATT ET UX. v. SIMPSON & BROWN, INC. C. A. 2d Cir. Certiorari denied.